UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:07-CR-355 CEJ |
| LUIS ENRIQUE SANTIAGO, JR., | ) |
| Defendant. | ) |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Audrey G. Fleissig for determination and recommended disposition, where appropriate. On July 18, 2007, Judge Fleissig issued a Report and Recommendation with respect to the defendant's motion to suppress evidence. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Luis Enrique Santiago, Jr., to suppress arrest and evidence [Doc. # 51] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2007.